**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **ANNA COLBERT**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 16 C 9040 |
| | ) |
| **ACCOUNT SERVICES**, etc., | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

Anna Colbert ("Colbert") has filed what is labeled as an "Amended Complaint" ("AC")[1] against defendant Account Services, identified in AC ¶ 10 as a "debt collector" within the definition of that term in 15 U.S.C. § 1692a(6).[2] This memorandum order is issued sua sponte because of the patently frivolous nature of this action as advanced by Colbert's counsel.

What the AC charges as an asserted violation of the Act points to its Section 1692e(7):

> A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:
>
> \* \* \*
>
> 7. The false representation or implication that the consumer committed any crime or other conduct in order to disgrace the consumer.

---

[1] As the court docket reflects, both the original Complaint and the AC were filed on the same day, September 19, 2016. There is no need to refer to the original Complaint because it was superseded by the AC.

[2] All further references to Title 15's provisions will simply take the form "Section --," omitting the prefatory "15 U.S.C. §."

As Colbert's counsel (and hence Colbert herself) would have it, a May 23, 2016 letter from Account Services to Colbert "is stating and at the very least implying that Plaintiff is being dishonest with this debt" (AC ¶ 19).

But unfortunately for any plausible contention that would lend credence to that claim, Colbert's counsel has attached the assertedly offending letter as Ex. A to the AC, and a photocopy of that document has been attached as Ex. 1 to this memorandum order. Simply to read the letter itself demonstrates once again the wisdom of the aphorism in Alexander Pope's Essay on Criticism:

> All seems infected that th' infected spy,
> As all looks yellow to the jaundic'd eye.

In this instance Account Services' collection letter is totally forthright and respectful, expressly recognizing as it does that Colbert has been either "unable or unwilling to pay the balance in full" (emphasis added) and offering Colbert "the opportunity to make reasonable payments and make good on your promise to pay this just and honest debt." No reasonable reader could fairly view the letter's reference to the debt itself as "just and honest" as somehow implying dishonesty on Colbert's part or as somehow "imply[ing] that Plaintiff has committed a disgrace" (AC ¶ 21).

Counsel's parting shot before the AC's prayer for relief is set out at AC ¶ 24:

> As a direct consequence of the Defendant's acts, practices and conduct, the Plaintiff suffered and continues to suffer from humiliation, anger, anxiety, and frustration.

In candor, it seems more likely that it is Colbert's counsel who may sustain any of those feelings

as a result of this Court's ruling here. Both the AC and this action are stricken sua sponte (see Fed. R. Civ. P. 12(f)(1)).

_____
Milton I. Shadur
Senior United States District Judge

Date:  September 21, 2016

# ACCOUNT SERVICES

1802 N.E. LOOP 410, SUITE 400 * SAN ANTONIO, TEXAS 78217
(210) 821-1222 * (800) 777-5076
May 23, 2016

RE: BEST FRIENDS PET CARE
Balance Due: $1,427.00
Account Number: 5045305
File Number: 01-16-048-9614

Dear ANNA COLBERT,

You have been sent several notices in reference to paying the balance in full on your past due BEST FRIENDS PET CARE account. Our client provided you services with the expectation that the entire balance would be paid in full. For whatever reason, you have failed to do so and your account was forwarded to us for liquidation. Since then you have been unable or unwilling to pay the balance in full.

Our office is now offering you the opportunity to make reasonable payments and make good on your promise to pay this just and honest debt. Please contact us today at (800) 777-5076 to discuss your payment options.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.

Sincerely,

*R.C. [signature]*

Account Services

| Balance | Suggested Payment |
|---|---|
| 30.00 - 300.00 | $30.00 |
| 301.00 - 500.00 | 50.00 |
| 501.00 - 700.00 | 70.00 |
| 701.00 - 1,000.00 | 100.00 |
| 1,001.00 - AND UP | 10% |

**** IMPORTANT NOTICE ****
SEND FIRST MONTHLY PAYMENT NOW.
GOOD CREDIT IS VALUABLE

ACA INTERNATIONAL
The Association of Credit and Collection Professionals
Member

**** For prompt credit, all payments and correspondence must be mailed directly to my office. ****
*** Se Habla Espanol *** Please Note Your File Number On All Mailings ***
For your convenience you may pay online at www.accountservices-usa.com/payments

*** Please detach and return with payment ***    ACTPP-0524-737361053-00596-596

DEPT 612   7936063216050
PO BOX 4115
CONCORD, CA 94524

ADDRESS SERVICE REQUESTED

#BWNFTZF #ACT7936063216050#

ANNA COLBERT
327 E SEEGERS RD APT 116
ARLINGTON HEIGHTS IL 60005-4051

New Address: _____
_____
_____

New Phone: _____

RE: BEST FRIENDS PET CARE
File#: 01-16-048-9614

☐ MasterCard  ☐ Discover  ☐ VISA
Card # _____
Exp. Date _____
Name On Card _____
Signature _____
(An Additional $6.95 Service Fee May Be Added)

Amount Enclosed: _____

Account Services
PO Box 659818
San Antonio, TX 78265-9118

PP

Ex. 1